# GOTTLIEB & ASSOCIATES PLLC
## ATTORNEYS

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795    www.gottlieblaw.net

December 10, 2025

**VIA ECF**

The Honorable Katherine Polk Failla
United States District Court Judge
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007



Re:    *Fernandez Martinez v. Jonathan Simkhai Inc.*
       Case No.: 1:25-cv-7730

Dear Judge Failla,

The undersigned represents Judith Adela Fernandez Martinez, on behalf of herself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Defendant, Jonathan Simkhai Inc., ("Defendant"). The undersigned respectfully requests that the Initial Conference scheduled for December 19, 2025 at 12:00 p.m. (Dkt. 5) be adjourned for 60 days because counsel for the Defendant has not yet answered or appeared in this action. This request will grant ample time for the Defendant to appear and discuss a possible resolution with Plaintiff's Counsel. This is the Plaintiff's first request for an extension.

Respectfully submitted,

GOTTLIEB & ASSOCIATES PLLC
*/s/Michael A. LaBollita, Esq.*
Michael A. LaBollita, Esq.

Application GRANTED.

The initial pretrial conference currently scheduled for December 19, 2025, is hereby ADJOURNED to **February 18, 2026,** at **3:30 p.m.** As before, the conference will be telephonic.  The dial-in information is as follows:  At the scheduled time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

The Clerk of Court is directed to terminate the pending motion at docket entry eight.

Dated:    December 11, 2025        SO ORDERED.
          New York, New York


                                  HON. KATHERINE POLK FAILLA
                                  UNITED STATES DISTRICT JUDGE