# Cox Padmore Skolnik & Shakarchy LLP
### Attorneys at Law

**Joel Spivak, Esq.**
**Of Counsel**

February 12, 2026

<u>*Via ECF*</u>
Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, NY 10007



**RE:    *1:25-cv-07730-KPF Fernandez Martinez v. Jonathan Simkhai Inc.***
***(Motion to Extend Time to Respond to Complaint and Adjourn Conference)***

Dear Hon. Judge Failla:

I am an attorney with the law firm of Cox Padmore Skolnik & Shakarchy LLP that represents Defendant Jonathan Simkhai Inc. in the above-captioned case. I write with Plaintiff's counsel's consent to request an extension of Defendant's time to respond to the Complaint until March 16, 2026 and to adjourn the Initial Pretrial Conference scheduled for February 18, 2026 . This is Defendants' first request for an extension and adjournment.

The Complaint was filed on September 18, 2025. The Complaint which requires investigation and research to file an Answer was served on the New York State Secretary of State on October 2, 2025. The Answer was due on October 23, 2025. The Initial Pretrial Conference scheduled for December 19, 2025 was adjourned to February 18, 2026 upon Plaintiff's Motion. Defendant received actual notice of the Complaint and Conference on the night of February 10, 2026 and retained my firm on February 11, 2026. The Notice of Appearance and this Motion are being filed on February 12, 2026.

For the reasons set forth above, Defendant requests this extension and adjournment of the Conference. Further, it is Defendant's intention and I already have discussed with Plaintiff's counsel our preference for an early resolution of this case in lieu of filing an Answer and litigating. No other deadlines have been scheduled in this case and there will be no prejudice to any party by granting this request.

Thank you for your consideration in this matter.

Very truly yours,

JOEL SPIVAK

JS:er
cc.  Jeffrey M. Gottlieb, Esq.
     Michael LaBollita, Esq.
     Jonathan Simkhai Inc.

Application GRANTED.

Defendant's deadline to respond to Plaintiff's Complaint is hereby ADJOURNED to **March 16, 2026.**  The initial pretrial conference currently scheduled for February 18, 2026, is hereby ADJOURNED to **April 9, 2026,** at **3:00 p.m.**  As before, the conference will be telephonic.  The dial-in information is as follows:  At the scheduled time, the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

The Clerk of Court is directed to terminate the pending motion at docket entry 13.

Dated:     February 13, 2026          SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE